This is to advise that on June 8, 2011

Chief Judge Donald C. Pogue

Issued CONFIDENTIAL Slip Op. 11-65

In action

Consol. Ct. No. 10-00095

Pastificio Lucio Garofalo, S.P.A.,
(Plaintiff,)

v.

The United States,
(Defendant,)

and

American Italian Pasta Company,
Dakota Growers Pasta Company, and
New World Pasta Company,
(Defendant-Intervenors.)